JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-168 PA (KSx) | Date | June 5, 2020 |
|---|---|---|---|
| Title | Luis Marquez v. Kmart Plaza Bellflower, et al. | | |

Present: The Honorable **PERCY ANDERSON, UNITED STATES DISTRICT JUDGE**

| T. Jackson-TEL | Anne Kielwasser-TEL |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Elliot Montgomery-TEL | Alexandria Witte-TEL<br>Mary Sun-TEL |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE

Status conference held. The parties recite the terms of the settlement on the record. Each party states their understanding and approval of the essential terms of the settlement. The Court dismissed this action without prejudice subject to either party seeking to reopen for the purpose of enforcing the terms of the settlement. The transcript of this telephonic status conference is sealed by the court.

IT IS SO ORDERED.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | | TJ |