UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br>  v.<br><br>KMART PLAZA BELLFLOWER, a California Limited Partnership; BELLFLOWER PLAZA CORPORATION, a Delaware Corporation; KP GOURMET INC, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:20-cv-00168-PA-KS<br><br>**ORDER** |

**ORDER**

Defendants KMART PLAZA BELLFLOWER, CA. LIMITED PARTNERSHIP, and BELLFLOWER PLAZA CORPORATION ONLY are hereby dismissed from the action with prejudice and Defendant KP GOURMET INC, a California Corporation may be dismissed without prejudice.

Dated: June 17, 2020                  _____
                                      HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE